UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| ELAINE WANG, | : |
| | : |
| Plaintiff, | : Civ. No.   3:19-cv-21316-MAS-TJB |
| | : |
| v. | : |
| | : |
| FOAMIX PHARMACEUTICALS LTD., | : |
| DR. STANLEY HIRSCH, STANLEY STERN, | : |
| REX BRIGHT, DR. ANNA KAZANCHYAN, | : |
| TONY BRUNO, DAVID DOMZALSKI, | : |
| DR. AARON SCHWARTZ, and SHARON | : |
| BARBARI, | : |
| | : |
| Defendants. | : |

---

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  March 24, 2020            Respectfully submitted,

                                                                   **WOLF HALDENSTEIN ADLER**
                                                                   **FREEMAN & HERZ LLP**

                                                                   /s *Gloria Kui Melwani*
                                                                   Gloria Kui Melwani (GM5661)
                                                                   270 Madison Avenue
                                                                   New York, New York 10016
                                                                   Tel:  (212) 545-4600
                                                                   Fax: (212) 686-0114
                                                                  Email:  melwani@whafh.com
                                                                  *Attorneys for Plaintiff*

**So Ordered this 24th day of March, 2020.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**